UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Spirochaete Research Labs LLC,

                                  Plaintiff,                    **SCHEDULING ORDER**

          -against-                                          CV 25-5021 (JS) (ARL)

Alyvia LLC, Meiyu Yu,

                                 Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**N/A** : Deadline for filing motion for joinder of additional parties or amendment of pleadings.

**June 17, 2026** : All discovery, inclusive of expert discovery, to be concluded.

**June 30, 2026** : Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**August, 25, 2026** : Final conference before the undersigned at **11:15 a.m.** Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before **August 18, 2026.**

      This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

      All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York                    **SO ORDERED:**
        December 15, 2026                               /s/
                                                    ARLENE ROSARIO LINDSAY
                                                    United States Magistrate Judge